Rel: September 13, 2024

STATE OF ALABAMA -- JUDICIAL DEPARTMENT
THE SUPREME COURT
SPECIAL TERM, 2024

SC-2023-0917

Rong Hao Li, Yan Chen, Zi Mo Zu, Liqing Li, and Mizu Japanese, Inc. v. Qui R. Chen (Appeal from Shelby Circuit Court: CV-18-901183).

STEWART, Justice.

AFFIRMED. NO OPINION.

See Rule 53(a)(1) and (a)(2)(F), Ala. R. App. P.

Parker, C.J., and Wise, Sellers, and Cook, JJ., concur.